UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 11-40142 |
| | ) | Chapter 7 |
| BRIAN WILLIAM ANTHONY NELSON, | ) | |
| SSN/ITIN xxx-xx-3914 | ) | |
| | ) | |
| and | ) | DISCLOSURE OF COMPENSATION |
| | ) | |
| JOSLYN KAY NELSON, | ) | |
| SSN/ITIN xxx-xx-5052 | ) | |
| | ) | |
| Debtors. | ) | |

1. <u>Received or promised</u>.  Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and Bankr. D.S.D. R 2016-1(a), I declare that within one year of the filing of the petition in this case I have been paid or will be paid the following fees by Debtors for services rendered or to be rendered in contemplation of or in connection with this case:

```
        (a) Compensation for legal services (flat fee)              $4,400.00*
        (b) Costs, including the filing fee but excluding sales tax  + $  336.00
        (c) Sales tax on compensation                                + $  264.00
        (d) Total:                                                   = $5,000.00
        (e) I have received:                                         - $5,000.00
        (f) I am still owed:                                         = $   -0-
```

   * Attorney also received $599 for fees in connection with representation in civil litigation.


2. <u>Services to be rendered</u>.  In return for the compensation set forth above, I have rendered or will render the following legal services:

   a. analyzing Debtors' financial situation and rendering advice to Debtors in determining whether to file a petition in bankruptcy and, if so, under what chapter;

   b. preparing and filing Debtors' petition, schedules, and statement;

   c. representing Debtors at the meeting of creditors; and

   d. preparing and filing a motion to discharge judgments under S.D.C.L. § 15-16-20.

If other post-petition legal services are required, these services will be billed to Debtors at $200.00 per hour for my work, and $100.00 per hour for the work of my paralegals, plus actual expenses. Debtors understand any additional fees incurred post-petition must be paid personally from assets that are not part of the bankruptcy estate.  If the case is converted to another chapter

Debtors further understand a different fee agreement will be necessary and post-conversion fees may be paid as part of a plan.

3.   Supplemental Disclosure.  I will file a supplemental disclosure of compensation if this agreement changes or if I actually receive additional fees for other services or costs in this case that have not been disclosed.

4.   Fee Sharing.  I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

5.   Unpaid Fees.  If the fees for my pre-petition services, sales tax, and expenses (including filing fee) have not been paid in full pre-petition (see paragraph 1 above), I understand and have advised Debtors that while Debtors may voluntarily pay any amount I am still owed, that amount will be discharged, and I will not be able to take any action to collect any portion of it, unless and until Debtors and I enter into a reaffirmation agreement and the Court approves the reaffirmation agreement following a hearing that Debtors must attend.

Dated:   3-16-11

/s/ RANDALL B. BLAKE
Randall B. Blake
Attorney for Debtors
505 West Ninth Street
Suite 201
Sioux Falls, SD  57104-3698
(605) 336-8980
bky.blakelaw@midconetwork.com